DLM

FOR THE DISTRICT

OF RHODE ISLAND

Albert L. Pelletier, Petitioner

Vs.

United States of America, Defendant

CA 07 080 ML

---

**WRIT of HABEAS CORPUS**

**UNDER 28 U.S.C.§ 2241**

Petitioner seeks relief from undue presentence incarceration.

Petioner, Albert Pelletier, was charged on April 14, 2004 and arrested on September 13, 2004 for the use of the telephone to facilitate a narcotic felony, in violation of 21 U.S.C. § 843(b). Mr. Pelletier plead guilty on May 3, 2006 with a sentencing date of August 3, 2006 On November 14, 2006, Mr. Pelletier appeared in Federal Court, Bridgeport, CT for sentencing before the Honorable Stefan R. Underhill when it was determined that Mr Pelletier was to return in 30 days after dealing with State of Connecticut cases in Norwalk and Stamford Superior Courts. To date, Mr. Pelletier's attorney, Robert Altchiler, has neglected to move the case forward, and Mr Pelletier has been unable to move forward with the resolution of his Connecticut State cases and his Federal sentencing. This, dispite Mr. Pelletier's own efforts to:

1. Contact his appointed federal attorney, Robert Y. Altchiler,
2. Judge Underhill

3. Norwalk Superior Court Public Defenders Office

4. Clerks Office, Norwalk Superior Court

Only the Stamford Public Defenders office has responded indicating that the petitioners attorney, Robert Altchiler has not been in contact with their office.

Mr. Pelletier expects to recieve a maximum sentence of 48 months incarceration at the federal level with the States sentencing running concurrently. Thus far, Mr. Pelletier has spent nearly 30 months without sentencing causing undue presentencing incarceration, unecessary stress and anxiety, frustration and issues related to Blakely vs. Washington. Mr. Pelletier believes his ability to enter a drug program has been lost as well.

Therefore, the Petitioner requests release from custody forthwith, alternate representation due to Mr. Altchiler's demonstrated unwillingness to communicate or accept phone calls and any additional relief the court considers appropriate.

Respectfully Submitted,

Albert Pelletier, Petitioner

WYATT Detention Facility
9 5 0 High Street
Central Falls, RI 02863

September 12, 2005

Mr. Robert Y. Altchiler
Attorney At Law
The Law Offices of Robert Y. Altchiler
181 Old Post Road
Southport, CT 06890

Re: Federal Case # 16032014 Albert L. Pelletier

Dear Mr. Altachiler,

My name is Albert Pelletier. I have been at Donald W. Wyatt Detention Facility for the last one year. I have recieved no response from you or the court . I have written to you several times but have recieved no answer to my communication.

My family has also tried to contact you but has not been able to contact you. I do not understand what the problem is. You had told me that I would be going to court in July of this year. Now, it is the middle of september and there has been no court date. I am now getting impatient waitting while nothing has been done.

I would also like to request my discovery and also a copy of my competency that was done. I have asked for these documents in the past but have recieved nothing to date. If you could kindly tell me what is going on or do I have to write to the court for my discovery and copy of competency evaluation.

I will wait for another 2 weeks and if I have recieved nothing I will have no choice but to write to the court to appaoint a new lawyer.. I cannot wait any longer. Now, my family is also getting involved.

I look forward to your expedited response.

Yours Sincerely,

Albert L. Pelletier

cc: US District Court.

Mr. Albert Pelletier
Donald Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

January 27, 2006

VIA US MAIL
Mr. Robert V. Altchiler
181 Old Post Road
Southport, CT 06890

Re: United States v. Albert Pelletier et al

Dear Attorney Altchiler,

My name is Albert Pelletier, I have written to you numerous regarding the above pending matter in the United States District Court for the District of Connecticut. My most recent letter was on September 12, 2005 regarding the fact that although Court records indicate you are my Court Appointed Counsel, I have not heard from you since ~~I have been in jail~~. April 2005.

My family has also tried to contact you but has been unable to reach you. I do not understand what the problem is. I have copied the Honorable Judge Underhill on this letter and request that you respond, in writing, as soon as possible. I have been detained at this facility for well over a year and I wish to have effective representation by counsel. The fact that you have not responded to any of my letters, phone calls, and my family's phone calls has led to a breakdown in communication.

I would like to get a copy of my discovery, if any, and I would like to get a copy of my competency that was done. I have asked for these documents in the past but have received no response. Again, it is crucial that you reply to this letter.

I will on a weekly basis write the Court and your office until such time as I get a response back. I am in jail and I have not seen my attorney, you, and have not heard any communication from my attorney, you, and I have grown very wary and impatient.

I look forward to your expedited response.

Sincerely,

Albert Pelletier

cc: The Honorable Judge Underhill
Clerk of the Court

Mr. Albert Pelletier
Donald W. Wyat Detention Facility
950 High Street
Central Falls, RI 02863

July 5, 2006

Mr. Robert Y. Altchiler, Esq.
Attorney At Law
The Law Offices of Robert Y. Altchiler
181 Old Post Road
Southport, CT 06890

Re: United States v. Albert L. Pelletier, et al, CR. NO. NA

Dear Mr. Altchiler,

I would like to know where my PSI is, and when am I going to see it. I have received it as of yet, also, I have not received any information on the programs, which we had discussed. Ms. Carlton, a Counselor here at the facility, can't seem to get in touch with an individual named Hope who runs the program. I would like to know what you expect me to do? Just sit longer and wait while my Court date is coming up in August. I would like to know what will happen if by the time my Court date comes up there is no program available for me. Is it possible to get time served? What is going to happen? Please respond as I have not been able to get in touch with you. As you are aware I have had significant difficulty in communicating with you in the past, please respond to my letter. Thank you.

Sincerely,

Albert L. Pelletier,

cc; United States District Court
The Honorable Stephen R. Underhill

Attorney Robert Altchiler
181 Old Post Road
Southport, CT 06890

December 18, 2006

Dear Attorney Altchiler,

At our last appearance in the Bridgeport Federal Court, I understood Judge Underhill to have instructed that my State cases be resolved and that we were to return in 30 days from November 14th for Federal sentencing. So far, I have heard nothing from either your office or the Norwalk or Stamford Public Defenders offices regarding this, though I have inquired.

As you know, I have been here at Wyatt Detention Center for 28 months while others in my case are already home. I would appreciate if you would communicate with me by letter or by calling my counselor, June Carlton at Wyatt and leaving a message. Otherwise, I have no way of knowing what is going on with my case, or even that it is moving forward.

Sincerely Yours,

Albert L. Pelletier

cc:Files

Copy

# CERTIFICATION OF SERVICE

I hereby certify that I have this date: _______ day of _______ , 2007, sent by U.S. Mail, a copy of the foregoing Writ of Habeas Corpus to:

The Honorable Judge
US Federal Court Building
50 Kennedy Plaza
Providence, Rhode Island

US Federal Court Building
Assistant US Attorney
50 Kennedy Plaza
Providence, Rhode Island