UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ALBERT L. PELLETIER

vs. CA 07-80ML

UNITED STATES OF AMERICA

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Petition Under 28 U.S.C. §2241". Said response will be filed on or before **April 20, 2007.**

SO ORDERED

Mary M. Lisi
Chief United States District Judge
April 3 ,2007

Entered as an Order of this Court on April 3 ,2007

Barbara Barletta
Deputy Clerk