IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ALBERT L. PELLETIER | ) | |
| | ) | |
| | ) | |
| v. | ) | CA 07-80ML |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
PETITION FOR RELIEF UNDER 28 U.S.C. § 2241

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and hereby responds to the Petitioner's Petition for Relief under 28 U.S.C. § 2241.

The Petitioner, Albert L. Pelletier (Pelletier) has filed this petition seeking relief from what he describes as "undue presentence incarceration." As Petitioner was sentenced on April 10, 2007 in the District of Connecticut to a sentence of time served, this petition is moot. A copy of the Judgment from Petitioner's case in the District of Connecticut is appended hereto. To the best of the undersigned's knowledge and belief,

Pelletier agreed at the time of his sentencing to file a motion with this Court to withdraw his Petition.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Stephanie S. Browne

STEPHANIE S. BROWNE
Assistant United States Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov

CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 16th day of April, 2007, I mailed a true copy of the Government's Response to Defendant's Petition for Relief under 28 U.S.C. § 2241 ordinary mail and postage prepaid, to:

Albert L. Pelletier
950 High Street
Wyatt Detention Center
Central Falls, Rhode Island 02863

/s/ STEPHANIE S. BROWNE
STEPHANIE S. BROWNE
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, Rhode Island 02903
401-709-5000
401-709-5001 (fax)
stephanie.browne@usdoj.gov