UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

ALBERT L. PELLETIER

v. CA 07-080 ML

UNITED STATES OF AMERICA

## MEMORANDUM AND ORDER

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S. C. § 2241. According to Petitioner, he "seeks relief from undue presentence incarceration." On April 10, 2007, Petitioner was sentenced to "time served" by the United States District Court in Connecticut.

The petition for relief under Section 2241, therefore, is now moot. Accordingly, the petition is dismissed as moot.

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
April 23 , 2007